1   ANDREW J. SOMMER, State Bar No. 192844
    KARA M. MACIEL, Admitted Pro Hac Vice
2   EPSTEIN BECKER & GREEN, P.C.
    One California Street, 26ᵗʰ Floor
3   San Francisco, CA 94111-5427
    Telephone:   (415) 398-3500
4   Facsimile:   (415) 398-0955
    asommer@ebglaw.com
5   kmaciel@ebglaw.com

6   MATTHEW S. CONANT, State Bar No. 94920
    MARIA M. LAMPASONA, State Bar No. 259675
7   LOMBARDI, LOPER & CONANT, LLP
    Lake Merritt Plaza
8   1999 Harrison Street, Suite 2600
    Oakland, CA  94612-3541
9   Telephone:   (510) 433-2600
    Facsimile:   (510) 433-2699
10  msc@llcllp.com
    mlampasona@llcllp.com
11
    Attorneys for Defendant
12  MARRIOTT INTERNATIONAL, INC.

13              UNITED STATES DISTRICT COURT

14            NORTHERN DISTRICT OF CALIFORNIA

15

16  JAYNE FORTSON, an individual,        Case No.  3:11-cv-01454 LB

17            Plaintiff,                 **STIPULATION AND [PROPOSED]**
                                         **ORDER REGARDING PRETRIAL**
18       v.                              **SCHEDULE MODIFICATION**

19  MARRIOTT INTERNATIONAL, INC.,
    a Delaware corporation, and DOES 1-50,
20
              Defendants.
21

22          IT IS HEREBY STIPULATED by and between plaintiff JAYNE FORTSON ("Plaintiff")

23  and defendant MARRIOTT INTERNATIONAL, INC. ("Defendant"), through their designated

24  counsel, that the pretrial schedule referenced in this court's Case Management and Pretrial Order,

25  dated August 31, 2012, be modified.  Dates not referred to herein remain unchanged.  Dates

26  rescheduled pursuant to this stipulation are as follows:

27          Non-Expert Discovery Completion Date:          December 20, 2012

28

**LOMBARDI, LOPER & CONANT, LLP**
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

LOMBARDI, LOPER & CONANT, LLP
1999 Harrison Street, Suite 2600
Oakland, CA 94612 -3541

1    Expert Disclosures:                    December 20, 2012 (opening)

2                                            January 4, 2013 (rebuttal)

3    Expert Discovery Cutoff:               February 4, 2013

4

5    Dated: October 17, 2012               BROWNSTEIN THOMAS, LLP

6

7                                          By: /s/ Mark C. Thomas
                                                 MARK C. THOMAS
8                                                Attorneys for Plaintiff
                                                 JAYNE FORTSON
9
                                           LOMBARDI, LOPER & CONANT, LLP
10   Dated: October 18, 2012

11                                         By: /s/ Maria M. Lampasona
                                                 MARIA M. LAMPASONA
12                                               Attorneys for Defendant
                                            MARRIOTT INTERNATIONAL, INC.
13

**IT IS SO ORDERED.**
14

15

16   Dated: ___October 24___, 2012

17
                                           _____
18                                             HON. LAUREL BEELER
                                           UNITED STATES MAGISTRATE JUDGE
19

20

21

22

23

24

25

26

27

28

                                    2                    Case No.  3:11-cv-01454 LB

STIPULATION AND [PROPOSED] ORDER REGARDING PRETRIAL SCHEDULE MODIFICATION