ANDREW J. SOMMER, State Bar No. 192844
KARA M. MACIEL, Admitted Pro Hac Vice
EPSTEIN BECKER & GREEN, P.C.
One California Street, 26th Floor
San Francisco, CA 94111-5427
Telephone:  (415) 398-3500
Facsimile:  (415) 398-0955
asommer@ebglaw.com
kmaciel@ebglaw.com

MATTHEW S. CONANT, State Bar No. 94920
MARIA M. LAMPASONA, State Bar No. 259675
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541
Telephone:  (510) 433-2600
Facsimile:  (510) 433-2699
msc@llcllp.com
mlampasona@llcllp.com

Attorneys for Defendant
MARRIOTT INTERNATIONAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYNE FORTSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MARRIOTT INTERNATIONAL, INC., a Delaware corporation, and DOES 1-50,<br><br>Defendants. | Case No.  3:11-cv-01454 LB<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PRETRIAL SCHEDULE MODIFICATION** |

IT IS HEREBY STIPULATED by and between plaintiff JAYNE FORTSON ("Plaintiff") and defendant MARRIOTT INTERNATIONAL, INC. ("Defendant"), through their designated counsel, that the pretrial schedule referenced in this court's Order Regarding Pretrial Schedule Modification, dated October 24, 2012.  Dates not referred to herein remain unchanged.  Dates rescheduled pursuant to this stipulation are as follows:

Expert Disclosure          Opening: January 15, 2013

                           Rebuttal: January 30, 2013

Expert Discovery Cutoff:    February 19, 2013

Dated: December 6, 2012                          BROWNSTEIN THOMAS, LLP

                                                 By: /s/ Mark C. Thomas
                                                     MARK C. THOMAS
                                                     Attorneys for Plaintiff
                                                     JAYNE FORTSON

                                                 LOMBARDI, LOPER & CONANT, LLP
Dated: December 6, 2012

                                                 By: /s/ Maria M. Lampasona
                                                     MARIA M. LAMPASONA
                                                     Attorneys for Defendant
                                                     MARRIOTT INTERNATIONAL, INC.

**IT IS SO ORDERED.**

Dated: December 13, 2012

                                                 _____
                                                 HON. LAUREL BEELER
                                                 UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER REGARDING PRETRIAL SCHEDULE MODIFICATION