ANDREW J. SOMMER, State Bar No. 192844
KARA M. MACIEL, Admitted Pro Hac Vice
EPSTEIN BECKER & GREEN, P.C.
One California Street, 26th Floor
San Francisco, CA 94111-5427
Telephone:    (415) 398-3500
Facsimile:    (415) 398-0955
asommer@ebglaw.com
kmaciel@ebglaw.com

MATTHEW S. CONANT, State Bar No. 94920
MARIA M. LAMPASONA, State Bar No. 259675
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541
Telephone:    (510) 433-2600
Facsimile:    (510) 433-2699
msc@llcllp.com
mlampasona@llcllp.com

Attorneys for Defendant
MARRIOTT INTERNATIONAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYNE FORTSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MARRIOTT INTERNATIONAL, INC., a Delaware corporation, and DOES 1-50,<br><br>Defendants. | Case No.  3:11-cv-01454 LB<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PRETRIAL SCHEDULE MODIFICATION** |

IT IS HEREBY STIPULATED by and between plaintiff JAYNE FORTSON ("Plaintiff") and defendant MARRIOTT INTERNATIONAL, INC. ("Defendant"), through their designated counsel, that the pretrial schedule referenced in this court's Order Regarding Pretrial Schedule Modification, dated December 13, 2012.  Dates not referred to herein remain unchanged.  Dates rescheduled pursuant to this stipulation are as follows:

Expert Disclosure        Opening: March 1, 2013

Rebuttal:  March 7, 2013

1                      Case No.  3:11-cv-01454 LB

1  Expert Discovery Cutoff:   March 15, 2013

3  Dated: January 11, 2013                    BROWNSTEIN THOMAS, LLP

                                              By: /s/ Mark C. Thomas
                                                   MARK C. THOMAS
                                                   Attorneys for Plaintiff
                                                   JAYNE FORTSON

                                              LOMBARDI, LOPER & CONANT, LLP
Dated: January 11, 2013

                                              By: /s/ Maria M. Lampasona
                                                   MARIA M. LAMPASONA
                                                   Attorneys for Defendant
                                                   MARRIOTT INTERNATIONAL, INC.

**IT IS SO ORDERED.**

Dated: January 14, 2013

                                              _____
                                                   HON. LAUREL BEELER
                                              UNITED STATES MAGISTRATE JUDGE

2   Case No. 3:11-cv-01454 LB

STIPULATION AND [PROPOSED] ORDER REGARDING PRETRIAL SCHEDULE MODIFICATION