1  ANDREW J. SOMMER, State Bar No. 192844
   KARA M. MACIEL, Admitted Pro Hac Vice
2  EPSTEIN BECKER & GREEN, P.C.
   One California Street, 26th Floor
3  San Francisco, CA 94111-5427
   Telephone:    (415) 398-3500
4  Facsimile:    (415) 398-0955
   asommer@ebglaw.com
5  kmaciel@ebglaw.com

6  MATTHEW S. CONANT, State Bar No. 94920
   MARIA M. LAMPASONA, State Bar No. 259675
7  LOMBARDI, LOPER & CONANT, LLP
   Lake Merritt Plaza
8  1999 Harrison Street, Suite 2600
   Oakland, CA  94612-3541
9  Telephone:    (510) 433-2600
   Facsimile:    (510) 433-2699
10 msc@llcllp.com
   mlampasona@llcllp.com
11
   Attorneys for Defendant
12 MARRIOTT INTERNATIONAL, INC.

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15

16 JAYNE FORTSON, an individual,            Case No.  4:11-cv-01454 YGR

17            Plaintiff,                    **STIPULATION TO INDEPENDENT MEDICAL EXAMINATION PURSUANT TO RULE 35 OF THE FEDERAL RULES OF CIVIL PROCEDURE** ; ORDER

18       v.

19 MARRIOTT INTERNATIONAL, INC.,
   a Delaware corporation, and DOES 1-50,
20
              Defendants.
21

22       IT IS HEREBY STIPULATED by and between plaintiff JAYNE FORTSON ("Plaintiff")

23 and defendant MARRIOTT INTERNATIONAL, INC. ("Defendant"), through their designated

24 counsel, that following the death of Dr. Kevin Harrington, plaintiff JAYNE FORTSON will

25 undergo a second physical examination pursuant to Rule 35 of the Federal Rules of Civil

26 Procedure.  Said examination shall take place at a time and place mutually agreed upon by the

27 parties.

28

                                        1                     Case No.  4:11-cv-01454 YGR
                  STIPULATION TO INDEPENDENT MEDICAL EXAMINATION

This examination will be conducted for the purpose of determining the nature and extent of plaintiff's physical injuries and the relationship thereof to the accident which is the subject of this litigation, and will consist of all necessary and customary activities required to make such a determination, including but not limited to medical history, history of accident in question, and physical examination and evaluation. Photographs of plaintiff's injuries may be taken for use at trial.

Dated: January 11, 2013

BROWNSTEIN THOMAS, LLP

By: /s/ Mark C. Thomas
MARK C. THOMAS
Attorneys for Plaintiff
JAYNE FORTSON

Dated: January 11, 2013

LOMBARDI, LOPER & CONANT, LLP

By: /s/ Maria M. Lampasona
MARIA M. LAMPASONA
Attorneys for Defendant
MARRIOTT INTERNATIONAL, INC.

**IT IS SO ORDERED.**

Dated: January 14, ~~2012~~ 2013

HON. LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE