LAW OFFICE OF STEPHEN J. GOROG
Stephen J. Gorog (SBN: 207788)
353 Sacramento Street, Suite 1140
San Francisco, CA 94111
415-986-1338
415-986-1231 facsimile

BROWNSTEIN THOMAS, LLP
Mark C. Thomas (SBN: 215580)
353 Sacramento Street, Suite 1140
San Francisco, CA 94111
415-986-1338
415-986-1231 facsimile

Attorneys for Plaintiff
Jayne Fortson, M.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAYNE FORTSON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MARRIOTT INTERNATIONAL, INC, a Delaware corporation, and DOES 1-50,<br><br>Defendants. | Case No.:  CV 11 1454 LB<br><br>**NOTICE OF SETTLMENT AND [PROPOSED] ORDER VACATING PRETRIAL CONFERENCE AND TRIAL**<br><br>**Pretrial Conference:**<br>**Date:  March 21, 2013**<br>**Time:  10:30 a.m.**<br><br>Removal Filed:  March 25, 2011<br>Trial:  April 1, 2013 |

1    Plaintiff Jayne Fortson, M.D. filed this action against Defendant Marriott International,

2  Inc. seeking injunctive relief, damages, and attorneys' fees and costs.  The parties settled

3  Plaintiff's claims for injunctive relief and damages, and reserved the reasonable attorney's fees

4  and costs to which Plaintiff is entitled by law, to be determined by the Court.  Accordingly, the

5  parties respectfully request the Pretrial Conference, which is scheduled to take place at 10:30

6  a.m. on March 21, 2013, and the Trial, which is scheduled to take place at 8:30 a.m. on April 1,

7  2013, to be vacated.  Plaintiff Jayne Fortson will file her application for attorney's fees and costs

8  no later than March 18, 2013.

9

10                                            BROWNSTEIN THOMAS, LLP

11  DATED: March 7, 2013

12                                            /S/
                                             MARK C. THOMAS
13                                           Attorneys for Plaintiff
                                             Jayne Fortson, M.D.
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## [~~PROPOSED~~] ORDER

Upon review of this Notice of Settlement and [Proposed] Order to Vacate the Pretrial

Conference and Trial, and good cause appearing:

**IT IS HEREBY ORDERED** that the Pretrial Conference, which is scheduled to take

place at 10:30 a.m. on March 21, 2013, and the Trial, which is scheduled to take place at 8:30

a.m. on April 1, 2013, are vacated.  Plaintiff Jayne Fortson is ordered to file her application for

attorney's fees and costs no later than March 18, 2013.  The pending Motions in Limine are
DENIED as Moot.

Dated: <u>March 12, 2013</u>, 2013          By: _____

                                             Honorable Laurel Beeler
                                             Magistrate Judge of the
                                             Northern District Court