Kara Maciel, Admitted Pro Hac Vice
Andrew J. Sommer, State Bar No. 192844
EPSTEIN BECKER & GREEN, P.C.
One California Street, 26th Floor
San Francisco, California 94111-5427
Telephone: 415.398.3500
Facsimile: 415.398.0955
kmaciel@ebglaw.com
asommer@ebglaw.com

Matthew S. Conant, State Bar No. 94920
Maria M. Lampasona, State Bar No. 259675
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541
Telephone:   (510) 433-2600
Facsimile:   (510) 433-2699
msc@llcllp.com
mlampasona@llcllp.com

Attorneys for Defendant,
MARRIOTT INTERNATIONAL, INC.

Stephen J. Gorog (SBN: 207788)
LAW OFFICE OF STEPHEN J. GOROG
353 Sacramento Street, Suite 1140
San Francisco, CA 94111
Telephone: 415-986-1338
Facsimile:  415-986-1231
sgorog@sjglawoffice.com

Mark C. Thomas (SBN: 215580)
BROWNSTEIN THOMAS, LLP
353 Sacramento Street, Suite 1140
San Francisco, CA 94104
Telephone: 415-986-1338
Facsimile:  415-986-1231
mark@brownsteinthomas.com

Attorneys for Plaintiff
JAYNE FORTSON

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAYNE FORTSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MARRIOTT INTERNATIONAL, INC, a Delaware corporation, and DOES 1-50,<br><br>Defendants. | CASE NO.  CV 11 1454 LB<br><br>**STIPULATION AND ORDER TO CONTINUE FILING OF APPLICATION FOR FEES AND COSTS**<br><br>**Judge: Honorable Laurel Beeler** |

Plaintiff Jayne Fortson, M.D. filed this action against Defendant Marriott International, Inc. seeking injunctive relief, damages, and attorneys' fees and costs. The parties settled Plaintiff's claims for injunctive relief and damages, and reserved the reasonable attorney's fees and costs to which Plaintiff is entitled by law, to be determined by the Court.  It was previously stipulated and ordered that Plaintiff's application for fees and costs would be filed by March 18, 2013. Finalizing the settlement agreement, however, took longer than expected.  It is now stipulated that Plaintiff will file her application for fees and costs by March 25, 2013.

1    IT IS SO STIPULATED:

2    DATED:  March 15, 2013                BROWNSTEIN THOMAS, LLP

3

4                                          By:      /s/ *Mark C. Thomas*
                                                    MARK C. THOMAS
5                                                   Attorneys for Plaintiff

6    DATED:  March 15, 2013                LAW OFFICE OF STEPHEN J. GOROG

7

8                                          By:      /s/ *Stephen J. Gorog*
                                                    STEPHEN J. GOROG
9                                                   Attorneys for Plaintiff

10   DATED:  March 15, 2013                EPSTEIN BECKER & GREEN, P.C.

11

12                                         By:   /s/ *Andrew J. Sommer*
                                                 Kara Maciel
13                                               Andrew J. Sommer
                                           Attorney for Defendant
14                                         MARRIOTT INTERNATIONAL, INC.

15

16

17   DATED:  March 15, 2013                LOMBARDI, LOPER & CONANT, LLP

18

19                                         By:   /s/ *Maria M. Lampasona*
                                                 Matthew S. Conant
20                                               Maria M. Lampasona
                                           Attorney for Defendant
21                                         MARRIOTT INTERNATIONAL, INC.

22

23

24

25

26

27

28

|   |   |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | Pursuant to the stipulation of the parties and good cause appearing, Plaintiff's application for fees and costs, previously scheduled to be filed on March 18, 2013, is hereby continued to March 25, 2013. |

DATE: March 18, 2013

_____
HONORABLE LAUREL BEELER

- 3 -

FIRMWEST:15916316v1                Stipulation to Continue Filing of Application for Fees and Costs
                                                              Case No. CV 11 1454 YGR