| | |
|---|---|
| 1 | Stephen J. Gorog, State Bar No. 207788 |
| 2 | LAW OFFICE OF STEPHEN J. GOROG |
|   | 353 Sacramento Street, Suite 1140 |
| 3 | San Francisco, CA  94111 |
|   | Telephone:  (415) 986-1338 |
| 4 | Facsimile:    (415) 986-1231 |

Attorneys for Plaintiff
JAYNE FORTSON

Steven R. Blackburn, State Bar No. 154797
Andrew J. Sommer, State Bar No. 192844
EPSTEIN BECKER & GREEN, P.C.
One California Street, 26th Floor
San Francisco, California 94111-5427
Telephone: 415.398.3500
Facsimile: 415.398.0955
sblackburn@ebglaw.com
asommer@ebglaw.com

Attorneys for Defendant
MARRIOTT INTERNATIONAL, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| JAYNE FORTSON, an individual, | Case No.: 11-CV-01454 LB |
|---|---|
| Plaintiff, | **JOINT STIPULATION DISMISSING ACTION WITH PREJUDICE** |
| v. | **[Fed. R. Civ. P. 41(a)]** |
| MARRIOTT INTERNATIONAL, INC., a Delaware corporation, and DOES 1-50, inclusive, | |
| Defendants. | |

FIRM:23370388v1

1  Plaintiff JAYNE FORTSON ("Plaintiff") and Defendant MARRIOTT
2  INTERNATIONAL, INC., ("Defendant") (collectively the "Parties"), by and through their
3  counsel of record herein, hereby stipulate and agree as follows:
4  WHEREAS, pursuant to Federal Rule of Civil Procedure 41(a), the Parties agree that
5  Plaintiff's Complaint and her entire action should be dismissed with prejudice.
6  THEREFORE, the Parties stipulate and agree that Plaintiff's Complaint and this entire
7  action shall be and hereby is dismissed with prejudice.
8  **IT IS SO STIPULATED.**

DATED:  June 13, 2013            LAW OFFICE OF STEPHEN J. GOROG

                                 By:   /s/ Stephen J. Gorog
                                       Stephen J. Gorog
                                       Mark C. Thomas
                                       Attorneys for Plaintiff
                                       JAYNE FORTSON


DATED:  June 13, 2013            EPSTEIN BECKER & GREEN, P.C.

                                 By:   /s/ Andrew J. Sommer
                                       Steven R. Blackburn
                                       Andrew J. Sommer
                                       Attorneys for Defendant
                                       MARRIOTT INTERNATIONAL, INC.


DATED:  June 13, 2013            LOMBARDI, LOPER & CONANT, LLP

                                 By:   /s/ Maria M. Lampasona
                                       Matthew S. Conant
                                       Maria M. Lampasona
                                       Attorneys for Defendant
                                       MARRIOTT INTERNATIONAL, INC.

FIRM:23370388v1